IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, TREASURY DEPARTMENT,<br><br>    Plaintiff,<br><br>    v.<br><br>OPG TECHNOLOGY CORP., *et al.*,<br><br>    Defendants | CIVIL NO. 15-3125 (JAG) |

MEMORANDUM & ORDER

GARCIA-GREGORY, D.J.

    Before the Court are two Motions for Preliminary Injunctive Relief filed by OPG Technology, Inc. on February 19, 2016 and April 1, 2016 ("Defendant"). Docket Nos. 20, 54. After considering Defendant's objections, and a *de novo* review of the record and the parties' arguments, the Court determines that the Magistrate's Report & Recommendation is well grounded in both fact and law. Therefore, the Court hereby ADOPTS in its entirety the Magistrate's Report & Recommendation for the reasons stated therein, Docket No. 157 and, accordingly, DENIES Defendant's Motions for Preliminary Injunctive Relief. Docket Nos. 20, 54.

    IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of September, 2016.

                                            S/ Jay A. Garcia-Gregory
                                            JAY A. GARCIA-GREGORY
                                            United States District Judge