UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO TREASURY DEPARTMENT, <br><br> Plaintiff, <br><br> v. <br><br> OPG TECHNOLOGY, CORP., <br><br> Defendant-Counterclaimant, <br><br> v. <br><br> RR DONNELLEY DE PUERTO RICO, CORP., RSM ROC & COMPANY, <br><br> Counterclaim Defendants. | CIVIL NO. 15-3125 (JAG/BJM) |

**MOTION FOR VOLUNTARY DIMISSAL WITH PREJUDICE OF COUNTERCLAIM AGAINST RR DONNELLEY DE PUERTO RICO, CORP.**

To the Honorable Court
Hon. Jay A. García Gregory
Unites States District Judge:

OPG Technology, Corp. ("OPG"), through undersigned counsel, hereby moves for dismissal of OPG's counterclaim against RR Donnelley de Puerto Rico, Corp., with prejudice.  OPG requests that judgment of dismissal be entered without assessment of attorneys' fees or costs.

WHEREFORE, OPG Technology, Corp., moves this Court to enter judgment of dismissal with prejudice of its counterclaim against RR Donnelley de Puerto Rico, Corp., without assessment of attorneys' fees or costs.

RESPECTFULLY SUBMITTED.

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

At San Juan, Puerto Rico, on March 24, 2017.

**CASELLAS ALCOVER & BURGOS PSC**
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax  (787) 756-1401


 **/s/Heriberto J. Burgos Pérez**
USDC-PR 204806
hburgos@cabprlaw.com