IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, TREASURY DEPARTMENT,<br><br>  Plaintiff(s),<br><br>   v.<br><br>OPG TECHNOLOGY CORP, *et al*,<br><br>  Defendant(s), | CIVIL NO. 15-3125 (JAG) |

## AMENDED PARTIAL JUDGMENT

Pursuant to OPG Technology Corp.'s ("OPG") Notice of Voluntary Dismissal, Docket No. 191, Partial Judgment is hereby entered dismissing OPG's counterclaim against Plaintiff's remaining claims WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 19th day of May, 2017.

s/ Jay A. Garcia-Gregory<br>JAY A. GARCIA-GREGORY<br>U.S. DISTRICT JUDGE